UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00092(1)-RP |
| | § | |
| (1) Lorvin Perez Guevara | § | |

## <u>ORDER</u>

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 26, 2026, wherein the defendant Guevara waived appearance before this Court and appeared before United States Magistrate Judge Mark Lane for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Guevara to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Guevara's plea of guilty to Count 1 of the Indictment is accepted.

Signed this 19th day of March, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE